# Third District Court of Appeal

## State of Florida

Opinion filed February 7, 2024.

_____

No. 3D22-878
Lower Tribunal No. 19-35002
_____

**Gazul Producciones SL Unipersonal, etc.,**
Appellant,

vs.

**SHEDDF2-FL5 LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Burr & Forman LLP, Laurence S. Litow and Andrew T. Sarangoulis (Fort Lauderdale); Burr & Forman LLP, and Peter C. Vilmos (Orlando); The Ferraro Law Firm, P.A., Leslie B. Rothenberg and Mathew D. Gutierrez, for appellant.

Agentis PLLC | Lynx Law PLLC, and Christopher B. Spuches, for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

## ON MOTION FOR REHEARING

We deny appellant's motion for rehearing, clarification, written opinion and certification. We withdraw our original opinion, and substitute the following opinion in its stead:

Affirmed.